UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08CV98 LMB |
| ) | |
| UNION CARBIDE CORP., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's submission of a civil complaint. Plaintiff neither paid the filing fee nor submitted a motion to proceed in forma pauperis. However, even if plaintiff had submitted a motion to proceed in forma pauperis, the motion would have been denied pursuant to 28 U.S.C. § 1915(g) because he is a frequent filer of frivolous lawsuits across the nation. *E.g.*, *Riches v. Bowie*, 3:08CV30-FPS-JSK (N.D. W. Va. filed March 14, 2008) ("The United States Courts Pacer U.S. Party/Case Index lists Jonathan Lee Riches as having filed 989 actions between February, 2006, and February 20, 2008."). As a result, the Court will dismiss this action for failure to prosecute. Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** for failure to prosecute.

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this 15th day of July, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE